[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13337
Non-Argument Calendar
_____

D.C. Docket No. 4:17-cv-00041-CDL

GREG DYKSMA,
TAMMY DYKSMA,
ESTATE OF NICHOLAS DYKSMA,

Plaintiffs-Appellees,

versus

TOMMY PIERSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(April 18, 2019)

Before WILLIAM PRYOR, MARTIN, and NEWSOM, Circuit Judges.

PER CURIAM:

The parents of Nicholas Dyksma brought this action of behalf of themselves and Nicholas's estate against Harris County sheriff's deputy, Tommy Pierson, asserting violations of both federal law under 42 U.S.C. § 1983 and Georgia state law.  Pierson appeals the district court's order issued July 16, 2018 denying in part his motion for summary judgment.

After careful review, we **AFFIRM** the district court's denial of Pierson's motion for summary judgment.  For the reasons stated in the district court's opinion, we agree that Pierson is not entitled to qualified or official immunity.